UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE MARVASO, et al.,

      Plaintiffs,

                                 Case No. 18-cv-12193

v.                               Honorable Linda V. Parker

JOHN ADAMS,

      Defendant.

_____/

## OPINION AND ORDER GRANTING THE MOTION TO WITHDRAW FILED BY PLAINTIFFS' COUNSEL, STAYING MATTER FOR FORTY-FIVE (45) DAYS, AND SCHEDULING STATUS CONFERENCE

On July 7, 2026, this Court held a final pretrial conference in preparation for the scheduled bench trial in this matter on July 21. A breakdown in the relationship between Plaintiffs and their counsel arose at the conference, leading counsel to file an emergency motion to withdraw. (ECF No. 86.) The Court held a hearing on counsel's motion on July 21, at which time Plaintiffs indicated on the record that their relationship with counsel was irreparable, and they did not object to counsel's withdrawal. Defendant does not oppose the motion, either.

The Court finds good cause for Wolf Mueller of the Mueller Law Firm and Donald H. Dawson, Jr.[1] to withdraw.  The Court believes the withdrawal can be accomplished without material adverse effect on Plaintiffs' interests.  *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that the motion to withdraw (ECF No. 86) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **STAYED** for forty-five (45) days to provide time for Plaintiffs to secure new counsel, if they wish to do so. If Plaintiffs secure new counsel before the stay expires, counsel shall file an appearance in the matter.  If no counsel enters his or her appearance by the end of the forty-five-day period, the Court will presume that Plaintiffs are proceeding pro se.

**IT IS FURTHER ORDERED** that a telephonic status conference is scheduled for **10:00 a.m. on September 10, 2026**.  Plaintiffs need not appear if they have retained counsel and counsel has entered his or her appearance on the record.  Plaintiffs or their counsel and counsel for Defendant **shall call the conference line at 1-810-674-0063 and use Access Code 865355033#**.

---

[1] Mr. Dawson apparently entered his appearance when he was affiliated with Fieger, Fieger, Kenney & Harrington, P.C.  He is no longer associated with the firm.  In any event, the firm also is removed as counsel.

**IT IS FURTHER ORDERED** that within seven (7) days of this Opinion and Order, Mr. Mueller or Mr. Dawson shall serve copies of the Opinion and Order on Plaintiffs and file a notice on the docket indicating that service has been made. The notice shall also include Plaintiffs' contact information (address and phone number).

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 21, 2026

3